FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 DEC -9 AM 11:49
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LARRY TURNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-2258** |
| **PINE BLUFF SAND & GRAVEL CO.** | **SECTION "K"(5)** |

## JUDGMENT

Considering the foregoing order,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Larry Turner. Jury Trial was held on September 7, 2004. The jury awarded plaintiff $15,000 for past and future physical pain, suffering, disability; $15,000 for past and future mental anguish and suffering; $49,454 for past loss of income; $57,532 for future loss of income; $11,150 for past medical expenses; $15,000 for future medical expenses, for a total of $163,136. The jury found contributory negligence of plaintiff for 50%.

DATE OF ENTRY
DEC 9 2004

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No. 46

Pursuant to Joint Motion to Dismiss With Prejudice, filed December 2, 2004, all claims and demands and specifically the limitation of liability issue that was pending before this Court have been amicably settled.

New Orleans, Louisiana, this 9th day of December, 2004.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**